# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Crystal Naomi Morris Docket No. 5:08-CR-104-1D

### Petition for Action on Probation

COMES NOW Maurice J. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Crystal Naomi Morris, who, upon an earlier plea of guilty to Concealing an Escaped Prisoner, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 23, 2008, to a 36-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After sentencing, the defendant's supervision was transferred to the Western District of North Carolina. On August 7, 2011, the defendant was charged with Driving While Impaired in Gaston County, North Carolina. The defendant acknowledges she was impaired and registered a .12 on a breathalyzer. The probation officer supervising her case has indicated she was given a verbal reprimand and has signed a Waiver of Hearing to Modify Conditions of Probation, agreeing to serve two (2) weekends in jail.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of four (4) days to be served over two (2) consecutive weekends, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8678<br>Executed On: August 19, 2011 |

Crystal Naomi Morris
Docket No. 5:08-CR-104-1D
Petition For Action
Page 2

## ORDER OF COURT

Considered and ordered this __24__ day of __August__, 2011, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge